**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION**

| | | |
|---|---|---|
| KATHLEEN PENNE, | ) | Case No. _____ |
| | ) | |
| Plaintiff, | ) | |
| | ) | **DEFENDANTS' NOTICE OF AND** |
| vs. | ) | **PETITION FOR REMOVAL** |
| | ) | |
| Q3 CONTRACTING, INC.; PRIMORIS SERVICES CORPORATION; DENISE TOMSICK, and TERESA BERRY, | ) | |
| | ) | |
| Defendants. | ) | |

Pursuant to 28 U.S.C. §§ 1332 and 1446, Defendants Q3 Contracting, Inc. ("Q3") and Primoris Services Corporation ("Primoris") (collectively, "Defendants") hereby file their Notice of and Petition for Removal. Removal is based on the following grounds:

1. On February 7, 2023, Plaintiff Kathleen Penne ("Plaintiff") commenced an action against Defendants in the Iowa District Court for Polk County, Iowa. That action bears the same title as the above caption and is docketed as Case No. LACl 154898 (the "State Action").

2. On March 15, 2023, Plaintiff filed a Return of Service of Plaintiff's Petition in the Iowa District Court for Polk County, Iowa for Defendants Q3 and Primoris. To undersigned counsels' knowledge, Defendants Denise Tomsick and Teresa Berry have not been served as of the date of this filing.

**TIMELY REMOVAL**

3. This Notice of and Petition for Removal is filed within thirty (30) days after the service of Plaintiff's Petition on Q3 and Primoris, the first pleading from which it could be ascertained this action is removable and, therefore, is timely filed pursuant to 28 U.S.C. § 1446(b).

## JURISDICTION AND VENUE

4. This Court has original jurisdiction based on diversity of citizenship under 28 U.S.C. § 1332 as this matter is between citizens of different states and there is more than $75,000 in controversy. Specifically,

   a. Plaintiff is an individual domiciled in Iowa (Petition, ¶ 2);

   b. Q3 is a Minnesota corporation (Petition, ¶ 3) with its principal place of business in Minnesota;

   c. Primoris is a Delaware corporation (Petition, ¶ 4) with its principal place of business in Texas;

   d. Denise Tomsick is an individual domiciled in Colorado (Petition, ¶ 5); and

   e. Teresa Berry in an individual domiciled in Minnesota. (Petition, ¶ 6).

5. Thus, this action should be removed from the Iowa District Court for Polk County, Iowa, to the United States District Court for the Southern District of Iowa, Central Division.

6. This action may be removed by Q3 and Primoris alone as they are the only defendants to have been properly served at this time. *See* 28 U.S.C. § 1446(b)(2)(A).

7. Venue is proper in this Court pursuant to 28 U.S.C. § 1391(b). The United States District Court for the Southern District of Iowa, Central Division, is the Division which encompasses Polk County, the county in which the State Action was filed.

## NOTICE AND COMPLIANCE WITH LOCAL RULES

8. A true and correct copy of all process, pleadings, and orders filed in connection with the State Action is attached as Exhibit A, as required by 28 U.S.C. § 1446(a) and Local Rule 81(a)(1).

9. Pursuant to Local Rule 81(a)(2), there are no matters pending in the state court that

require immediate resolution by this Court.

10. Pursuant to Local Rule 81(a)(3), the only counsel that has appeared in the State Action is Plaintiff's counsel, Brooke Timmer and Kara Eischen of Timmer & Judkins, P.L.L.C. 1415 28th St. Ste. 375 West Des Moines, IA 50266 Brooke@timmerjudkins.com kara@timmerjudkins.com.

11. Promptly after the filing of this Notice, Defendants will serve written notice of this removal to Plaintiff through her counsel and will file a copy of this Notice of and Petition for Removal with the Iowa District Court for Polk County, Iowa.

**WHEREFORE**, Defendants respectfully request that the State Action be removed to this Court and this Court assume jurisdiction over this matter for all further proceedings.

Respectfully submitted this 23rd day of March, 2023.

Respectfully submitted,

By: */s/ Quinn R. Eaton*
Christopher E. Hoyme, AT0010405
Quinn R. Eaton, AT0013543
JACKSON LEWIS P.C.
10050 Regency Circle, # 400
Omaha, NE 68114
P. 402-391-1991
Christopher.Hoyme@jacksonlewis.com
Quinn.Eaton@jacksonlewis.com

**Attorneys for Defendants Q3 Contracting, Inc. and Primoris Services Corporation**

4863-3347-2600, v. 1